FILED
CLERK, U.S. DISTRICT COURT

NOV 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SAENZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>TIM OCHOA, Warden,<br><br>　　　　Respondent. | Case No. CV 11-6473-VBF (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action with prejudice.

DATED: 11/9/11

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE