Enter JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD SAENZ,

    Petitioner,

vs.

TIM OCHOA, Warden,

    Respondent.

Case No. CV 11-6473-VBF (RNB)

**JUDGMENT**

    In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice.

DATED: 11/9/11

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE